IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONALD B. DAVIS                                                                                          PLAINTIFF

VS.                                           CASE NO. 2:18CV00078 PSH

NANCY A. BERRYHILL, Acting Commissioner,
    Social Security Administration                                                  DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of March, 2019.

                                                                                                                                              _____
                                                                                                                                              UNITED STATES MAGISTRATE JUDGE